# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 123 | **DATE** | 2/11/2008 |
| **CASE TITLE** | USA vs. Howard Blankenship | | |

**DOCKET ENTRY TEXT**

ARREST WARRANT issued as to Howard Blankenship. Enter Order granting Government's motion to seal complaint and affidavit until and including 2/12/08 at 10:00 a.m. or until the government's motion to unseal the materials, whichever comes first.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|