## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 123 | **DATE** | 2/13/2008 |
| **CASE TITLE** | USA vs. Howard Blankenship | | |

**DOCKET ENTRY TEXT**

Initial appearance held on 2/13/08 as to Howard Blankenship. Government's motion to unseal complaint and affidavit is granted. Defendant informed of his/her rights. Defendant appears in response to the arrest on 2/12/08. Defendant having waive detention without prejudice. Defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|