## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

United States v. Howard Blankenship

Case Number: 08 CR 123

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Howard Blankenship

FILED
2-13-08
FEB 1 3 2008
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Steven R. Hunter | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Steven R. Hunter | |
| FIRM | |
| STREET ADDRESS<br>820 West Jackson Boulevard, Suite 310 | |
| CITY/STATE/ZIP<br>Chicago, IL 60607 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6196348 | TELEPHONE NUMBER<br>(312) 466-9466 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ✓