## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 123 - 1 | **DATE** | 3/12/2008 |
| **CASE TITLE** | USA vs. Howard Blankenship | | |

**DOCKET ENTRY TEXT**

Government's first motion for an extension of time to return indictment pursuant to 18 U.S.C. § 3161(h) [8] granted to and including 4/11/2008. Order excludable time to begin pursuant to 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|